1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**SEALED**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LV GAMING VENTURES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE M RESORT PHUKET, an unknown entity doing business in Thailand; and INFINITY ONLINE SOLUTIONS CO., LTD., an unknown entity doing business in Phuket, Thailand,<br><br>    Defendants. | 2:11-cv-01552-LDG-VCF<br><br>**ORDER** |

     Plaintiff LV Gaming Ventures, LLC filed this action against The M Resort Phuket and Infinity Online Solutions Co., Ltd. alleging that Defendants have unlawfully misappropriated Plaintiff's name, logos, and other marks for Internet advertising purposes. (#1). Defendants also incorporate "mresort" into their website domain name. Plaintiff has now filed a motion to file under seal (#2) and an ex parte motion for a temporary restraining order (#3).

     Plaintiff requests that the court allow it to temporarily file pleadings and motions under seal. Plaintiff requests that this action proceed under seal until either Plaintiff serves Defendants with an order granting Plaintiff's ex parte relief for temporary restraining order or this court denies such relief. Plaintiff seeks this relief based on its fear that, if given notice, Defendants would alter the websites or transfer the allegedly infringing domain name prior to resolution of the issues. Plaintiff has demonstrated "compelling reasons" for its temporally limited relief. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Accordingly,

     THE COURT HEREBY ORDERS that Plaintiff's motion to temporarily file under seal (#2) is GRANTED. The filings of this case shall remain under seal until Plaintiff provides notice

1  pursuant to Rule 65.  Plaintiff shall take immediate action to effectuate such notice and quickly
2  apprise the court of any such efforts.
3
4      DATED this ___ day of October, 2011.
5                                                      _____
6                                                    Lloyd D. George
                                                  United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2