TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiff
LV GAMING VENTURES, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LV GAMING VENTURES, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE M RESORT PHUKET, an unknown entity doing business in Phuket, Thailand; and INFINITY ONLINE SOLUTIONS Co., LTD., an unknown entity doing business in Phuket, Thailand,<br><br>Defendant. | Case No. 2:11-cv-01552-LDG-VCF<br><br>**ORDER GRANTING MOTION TO EXTEND TEMPORARY RESTRAINING ORDER AND UNSEAL PROCEEDINGS** |

UPON CONSIDERATION of the motion filed by Plaintiff LV Gaming Ventures, LLC ("Plaintiff") to extend the court's Temporary Restraining Order ("TRO"), reset the hearing on Plaintiff's Motion for Preliminary Injunction, and unseal the record in this case, the Court finds that:

**GOOD CAUSE EXISTS** to extend the TRO, based on the Court's findings set forth in the TRO, and because Defendant The M Resort Phuket has requested the extension. As the Court previously found in deciding the merits of the request for TRO:

(1)   Plaintiff will suffer irreparable injury if the Court does not require GoDaddy, the domain name registrar, to place the domain name <mresortphuket.com> ("Infringing Domain Name") on hold and lock, and deposit them with the Court, pending litigation of this matter;

1  (2) Plaintiff is likely to succeed on the merits of its claim for cybersquatting under the
2  Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), because Plaintiff has
3  demonstrated that The M Resort Phuket and Infinity Online Solutions Co., Ltd. ("Infinity")
4  (together "Defendants") registered the Infringing Domain Name with a bad faith intent to profit
5  from Plaintiff's Marks (as defined in Plaintiff's Complaint and Motion for TRO) associated with the
6  M Resort Spa Casino Las Vegas, which were distinctive and famous at the time Defendants
7  registered the Infringing Domain Names;

8  (3) Plaintiff is likely to succeed on the merits of its claim for copyright infringement
9  under 17 U.S.C. § 501(a), because Plaintiff has demonstrated that it owns a copyright in the M Resort
10 Website and M Bar Image (as defined in Plaintiff's Complaint and Motion), and that that Defendants
11 violated at least one exclusive right granted to copyright holders under 17 U.S.C. § 106;

12 (4) The balance of hardships tips in favor of Plaintiff because Plaintiff is likely to
13 continue to suffer serious injury to its goodwill and reputation in the United States if the Court does
14 not immediately enjoin Defendants' infringing conduct.

17 (5) Granting a temporary restraining order in favor of Plaintiff is in the public interest
18 because the imposition of injunctive relief will prevent consumer confusion as to the source of
19 Defendants' services protect Plaintiff's copyrights against acts constituting infringement; and

20 **THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

21 (1) the hearing currently set November 3, 2011, at 9:00 a.m. on Plaintiff's Motion for
22 Preliminary Injunction IS HEREBY VACATED and RESET TO BE HEARD on
23 __Thursday, November 10, 2011__, at __9:30__ a.m.

24 (2) the Court's Temporary Restraining Order ("TRO") entered October 25, 2011, shall
25 be extended through __Thursday, November 10, 2011__, the date of the hearing on Plaintiff's Motion for
26 Preliminary Injunction. Specifically, GoDaddy shall keep the Infringing Domain Name on hold and
27 lock, and GoDaddy shall continue to ensure that the current domain name server information for the
28 Infringing Domain Name is disabled; and

13191\12\1605140.1                    2

(3) the Court filings in this matter SHALL BE UNSEALED and available for public viewing and allow all subsequent documents and hearings to be filed and heard publicly.

ENTERED this 3 day of November, 2011, at 9:41 a.m.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____
Tamara Beatty Peterson, Esq., Bar No. 5218
Laura E. Bielinski, Esq., Bar No. 10516
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Attorneys for Plaintiff
LV Gaming Ventures, LLC

13191\12\1605140.1

3