TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
tpeterson@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:    (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiff
LV GAMING VENTURES, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LV GAMING VENTURES, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE M RESORT PHUKET, an unknown entity doing business in Phuket, Thailand; and INFINITY ONLINE SOLUTIONS Co., LTD., an unknown entity doing business in Phuket, Thailand,<br><br>Defendant. | Case No.  2:11-cv-01552-LDG-VCF<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

UPON CONSIDERATION of the motion filed by Plaintiff LV Gaming Ventures, LLC ("Plaintiff") for a default judgment, permanent injunction and exoneration of bond, the supporting memorandum of points and authorities, the supporting documents and evidence, the record in this case, and for other good cause shown:

THE COURT HEREBY FINDS THAT Defendants The M Resort Phuket and Infinity Online Solutions, Co. Ltd. ("Defendants") were regularly served with the Summons and Complaint in this matter but have failed to appear and answer the Complaint within the period prescribed by law, that Defendants' default was duly entered by the Clerk of the Court on February 23, 2012, and

that Plaintiff is entitled to affirmative relief against Defendants on its claims for cybersquatting, unfair competition and trademark infringement under the Lanham Act, and copyright infringement under the Copyright Act, as set forth in Plaintiff's moving papers;

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff be awarded judgment against Defendants as follows:

1. Statutory damages under the Lanham Act for cybersquatting in the amount of $100,000;

2. Damages for corrective advertising in the amount of $1,000;

3. Reasonable attorneys' fees;

4. Costs; and

5. Post-judgment interest on the principal sum at the statutory judgment rate from the entry of judgment until paid in full;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants and their officers, agents, servants, employees and/or all persons acting in concert or participation with Defendants are hereby permanently enjoined from:

1. using the trademark M RESORT or Plaintiff's stylized M logo, or the trademarks M CAFÉ or VILLAGGIO BAR, all as defined in Plaintiff's Complaint (collectively "Plaintiff's Marks") or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in United States commerce (including, without limitation, in connection with any business targeting United States residents in the Unites States) or on any websites connected to any generic top level domain names (.com, .net, .info., .org, .biz, .name, and .pro);

2. registering or trafficking in any generic top-level domain names (.com, .net, .info., .org, .biz, .name, and .pro) containing Plaintiff's Marks or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs; and

3. reproducing, publishing, publicly distributing, preparing derivative works from and/or otherwise using the M Bar Image or any other images from the Plaintiff's

website <themresort.com> in any way in United States commerce (including, without limitation, in connection with any business targeting United States residents in the Unites States) or on any websites connected to any generic top level domain names (.com, .net, .info., .org, .biz, .name, and .pro);

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that registration of the domain name <mresortphuket.com> shall be permanently transferred to Plaintiff. The domain name registrar, GoDaddy, shall effectuate the transfer; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of the Court shall refund to Plaintiff the $100 deposited by Plaintiff as security for the temporary restraining order and preliminary injunction entered in this case.

ENTERED this 19 day of September 2012.

_____
UNITED STATES DISTRICT JUDGE